**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

No: 22-3398

---

Filed: June 13, 2023

UNITED STATES OF AMERICA

Plaintiff - Appellee

1:21-cr-00535-PAB-1

v.

TIMOTHY J. BEARD

Defendant - Appellant

MANDATE

Pursuant to the court's disposition that was filed 05/22/2023 the mandate for this case hereby issues today. Vacated and Remanded.

COSTS: None